JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NANCY L. COOK,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>Defendant | Case No. 2:26-cv-03145-AYP<br><br>~~[PROPOSED]~~<br>**JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: August 31, 2026



THE HONORABLE ANNA Y. PARK
U.S. MAGISTRATE JUDGE