LELAND LAW CORP.
7200 Greenleaf Avenue, Suite 170A
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile: (562) 632-1301
MOSELLE C. LELAND BOHORQUEZ, CSBN: 268272
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff
TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA NAICKER, CSBN: 252766
Program Litigation 1
Social Security Administration | Law & Policy
Telephone: (510) 970-4842
Email: Tina.Naicker@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DVISIOIN

| | | |
|---|---|---|
| NANCY L. COOK, | ) | Case No. 2:26-cv-03145-AYP |
| | ) | |
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER AWARDING |
| | ) | EQUAL ACCESS TO JUSTICE ACT |
| v. | ) | ATTORNEY FEES PURSUANT TO |
| FRANK BISIGNANO, | ) | 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of NINE THOUSAND FIVE HUNDRED DOLLARS [$9,500.00], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: October 27,2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE